UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:20-cr-82-3

vs.

NOAH ALEXANDER SHERRILL,         District Judge Michael J. Newman
                                                                 Magistrate Judge Sharon L. Ovington

    Defendant.

---

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 150)

---

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 150. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846. Doc. No. 66. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **March 3, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

Date:   October 13, 2021                                   s/ Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge