# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-082 |
| Plaintiff, | : | Judge Michael J. Newman |
| v. | : | |
| NOAH ALEXANDER SHERRILL (3), | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On January 6, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 178), pursuant to 18 U.S.C. § 982(a)(1), finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States:

- Real property known and numbered as 231 Horseshoe Drive, Mt. Holly, North Carolina 28120 with any appurtenances or improvements thereon and being more fully described as:

  The following described property located in the City of Mount Holly, Gaston County, North Carolina and more particularly described as follows:

  BEGINNING at a nail within the right of way of Horseshoe Bend Road, a sixty foot right of way, also known as S.R. 1912, said point of beginning being situate at the northwesternmost corner of that property conveyed unto Joseph William Bazla and wife as shown in Deed Book 1498 at Page 229 in the Gaston County Registry; said point of beginning furthermore being located at the southwesternmost corner of the Kirk property as shown in Deed Book 2769 at Page 323 in the Gaston County Registry; said point of beginning being further situate South 29° 51' 07" East 617.78 feet from a nail on the centerline of Horseshoe Bend Circle as it Intersects the centerline of Horseshoe Bend Road; running thence from said point of beginning with the southern boundary of Kirk South 71°04'19" East passing through an existing Iron pin at 30 feet for a total distance of 349.04 feet to an iron; continuing thence with the northern boundary

of the property of Bazala as shown in Deed Book 1498 at Page 229 South 70° 20' 48" East 158.1 feet to an iron pin situate within gravel driveway; thence within the gravel driveway and with the boundary of Williams (Deed Book 2155 at Page 160) South 43° 31' 15" West 76.56 feet to an existing Iron pin at the northeasternmost corner of that property recently conveyed to Brian Andrew Barber and wife as shown in Deed Book 3464 at Page 880 in the Gaston County Registry; thence with Barbara's northern boundary North 75° 46' 35" West 472.71 feet to an existing iron pin within the right of way of Horseshoe Bend Road; continuing thence with Barber's north boundary North 69° 46' 59" West 26.23 feet to a nail on the centerline of Horseshoe Bend Road and at a corner of Barber; thence with the centerline of Horseshoe Bend Road North 30° 14' 25" East 111.99 feet to the point and place of the beginning, containing 1.04 acres.

Parcel ID: 201883;

Prior Instrument Reference: Deed Book 5120, Page 438 in the Gaston County Public Registry of Deeds;

- $2,895.00 in U.S. Currency seized from 255 W. Martin Luther King Blvd., Charlotte, North Carolina, on August 26, 2020;

- 2008 Maserati Gran Turismo Coupe, VIN: ZAMGJ45A280042391, seized from 255 W. Martin Luther King Blvd., Charlotte, North Carolina; and

- Assorted Jewelry valued at approximately $71,532.00 seized from 255 W. Martin Luther King Blvd., Charlotte, North Carolina, on August 26, 2020:

    - 10k 21 3/4" Yellow Gold Diamond Cut Rope Chain
    - 10k 26" Yellow Gold Snake Link Chain
    - 10k 20" Yellow Gold Foxtail Chain
    - 10k 20" White Gold Foxtail Chain
    - 925 32 3/4" Sterling Silver Foxtail Chain
    - 3- 925 7.5" Sterling Silver Tennis Bracelet
    - Don&Co. Stainless Steel Quartz Watch, Mother of Pearl Dial
    - Men's 10k 8" White Gold Cuban Link Bracelet
    - Men's 10k 30 3/4" White Gold Cuban Necklace
    - Men's 10k 28" Yellow Gold Cuban Necklace
    - 14k 21 1/2" White Gold Diamond Circle Necklace
    - 14k 21 1/4" White Gold Diamond Tennis Baguette & Round Necklace
    - 10k 22 1/4" Yellow Gold Diamond Tennis Necklace
    - 14k 26 1/4" Diamond Gucci Link Noah Ark Pendant Necklace
    - 14k Gold Bet on The Boat or Get Flooded Pendant
    - 14k Yellow Gold Diamond Photo Pendant
    - Custom 10k Yellow Gold Custom Made NOAH Cuban Link Bracelet

- Custom 10k Rose & White Gold ENB Diamond Pendant
- Custom 14k Yellow Gold @704NOAH Diamond Pendant
- Custom 14k Yellow Gold Diamond BIG DOG Pendant
- Custom 14k Yellow Gold Diamond RFN Pendant
- Custom 10k White Gold Diamond 704NOAH Pendant
- 14k Gold Diamond White House Night Club Logo Pendant
- 10k Gold Diamond 40 Days 40 Nights Pendant
- 10k Gold Diamond 40 Days 40 Nights Pendant
- 10k 8" White Gold Rope NOAH Charm Bracelet
- 14k Yellow Gold Diamond Noah & Nala Pendant
- 14k Rose Gold Diamond Triple Star Ring, Size 10 and
- Pasha de Cartier Steel & Rose Gold Diamond Watch.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property. (*Id.*)

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On April 13, 2022, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. (Doc. 198.) The Judgment establishes that the defendant shall forfeit the subject property to the United States. (Doc. 199.)

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 11, 2023, and January 11, 2022. (Doc. 279.)

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Noah Sherrill, as statutory agent for Noah's Arch, LLC, No Bicker Music Group, LLC, and RNS LLC; Donisha Washington; Roger

Walton; Discover Bank; and the Charlotte-Mecklenburg Hospital. (Doc. 349.)

No person or entity has filed a petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture, and the time to do so has expired. Potential claimants Noah Sherrill, as statutory agent for Noah's Arch, LLC, No Bicker Music Group, LLC, and RNS LLC; Donisha Washington; Roger Walton; Discover Bank; the Charlotte-Mecklenburg Hospital; and all other persons and entities are now in default.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 982(a)(1), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

**IT IS SO ORDERED.**

Dated: 4/12/2024

*s/ Michael J. Newman*
HONORABLE MICHAEL J. NEWMAN
UNITED STATES DISTRICT JUDGE

5